FILED
CLERK, U.S. ...
JUL 27 2020
CENTRAL DISTRICT OF CA...

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Manuel David Santos <br><br> Defendant. | Case No.: CR 11-566-JAK-4 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of (his)/her [probation] ([supervised release]); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on prior revocation, inadequate bail resources, current

1 | allegations, dishonesty with ~~pretrial~~, Probation, ongoing
2 | substance abuse, arrests while on release
3 |
4 | and/or
5 | B.   (✓)   The defendant has not met (his)/her burden of establishing by
6 | clear and convincing evidence that (he)/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: arrests while on release, lengthy criminal history,
10 | ongoing substance abuse
11 |
12 |
13 |
14 |     IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: July 27, 2020                    /s/ Jean Rosenbluth
18 |                                         JEAN ROSENBLUTH
                                            U.S. MAGISTRATE JUDGE